UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20694-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              <u>O R D E R</u>

TAVON BRITTANY GRAHAM,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Amended Report And Recommendation To District Judge (DE 45) filed herein by United States Magistrate Judge Patrick M. Hunt. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    In the above-styled cause, Judge Hunt held an evidentiary on March 19, 2014, at which both Defendant Graham and his counsel, Reginald Anthony Moss, Jr., Esq., testified. Defendant Graham requests the appointment of new counsel, and Judge Hunt found that the attorney-client relationship appeared to have deteriorated to a degree that he recommended the appointment of said new counsel. The Court adopts Magistrate Judge Hunt's reasoning and conclusions.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report And Recommendation (DE 45) filed herein by United States Magistrate Judge Patrick M. Hunt be and the same is hereby approved, adopted, and ratified by the Court; and

    2. United States Magistrate Judge Patrick M. Hunt is hereby

directed to appoint a new attorney for Defendant Graham from the Criminal Justice Act list.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of March, 2014.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

The Honorable Patrick M. Hunt
United States Magistrate Judge

All Counsel of Record